Terence O. Mayo, Esq.  SBN 62035
Mary E. Mayo, Esq.  SBN 188142
Mayo & Rogers
114 Sansome Street, Suite 1310
San Francisco, CA  94104

Telephone: (415) 397-1515
Fax: (415) 397-1540

Attorneys for Plaintiffs,
    VINCENT KEHRLEIN dba KEHRLEIN INSURANCE AGENCY
    and LAURA SECHREST KEHRLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEHRLEIN dba KEHRLEIN INSURANCE AGENCY; LAURA SECHREST KEHRLEIN | Case No. C 05-03516 CRB |
| Plaintiffs, | **Case filed:** **July 27, 2005** <br> **Trial date:** **TBA** |
| v. | **REQUEST FOR DISMISSAL OF ACTION; ORDER FOR DISMISSAL** |
| GULF INSURANCE COMPANY;   Does 1 to 50, inclusive, | |
| Defendants. | |

Plaintiffs hereby request a dismissal of this action with prejudice, pursuant to a
Settlement Agreement.

Dated: 2/24/06                          MAYO & ROGERS

By: _____
    TERENCE O. MAYO
    Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: March 02, 2006               By: _____
                                        JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

1